DAYLE ELIESON
United States Attorney
MEGAN RACHOW
Nevada Bar No. 8231
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Megan.Rachow@usdoj.gov

*Representing the United States of America*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HASEEB UR REHMA MALIK, and<br><br>ABDUL MAJID,<br><br>Defendants. | Case No. 3:18-mj-115-WGC<br><br>STIPULATION TO CONTINUE PRELIMINARY EXAMINATION |

IT IS HEREBY STIPULATED AND AGREED by and through DAYLE ELIESON, United States Attorney for the District of Nevada, and MEGAN RACHOW, Assistant United States Attorney, counsel for the United States of America, and KATE BERRY and LAUREN GORMAN, Assistant Federal Public Defenders, counsel for defendant Haseeb Ur Rehma Malik; and Dennis Cameron, Esq., counsel for defendant Abdul Majid that the preliminary examination under Fed. R. Crim. P. 5.1 currently set for August 9, 2018, at 3:00 p.m., be continued until August 16, 2018, at 3:00 p.m. Through counsel, defendant (who is currently in custody) waives

the preliminary examination pursuant to Fed. R. Crim. P. 5.1(a)(1) until August 16, 2018, at 3:00 p.m.

DATED this 6th day of August, 2018.

| | |
|---|---|
| DAYLE ELIESON<br>United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| __/s/ Megan Rachow_____<br>MEGAN RACHOW<br>Assistant United States Attorney | __/s/ Kate Berry_____<br>KATE BERRY<br>LAUREN GORMAN<br>Assistant Federal Public Defender<br>Counsel for Defendant Malik |
| | __/s/ Dennis Cameron_____<br>DENNIS CAMERON<br>Counsel for Defendant Majid |

IT IS SO ORDERED.

_William G. Cobb_
_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE

DATED: _August 7, 2018_____