RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATE BERRY
Assistant Federal Public Defender
Nevada State Bar No. 14346
201 W. Liberty Street, Ste. 102
Reno, Nevada 89501
(775) 321-8451/Phone
(775) 784-5369/Fax
Kate_Berry@fd.org

Attorney for HASEEB MALIK

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HASEEB MALIK,<br><br>　　　　Defendant. | Case No. 3:18-CR-077-MMD-WGC<br><br>**STIPULATION TO EXTEND TIME TO FILE REPLY TO GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS**<br><br>(First Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS A. TRUTANICH, United States Attorney, and MEGAN RACHOW, Assistant United States Attorney, counsel for the United States of America, and RENE L. VALLADARES, Federal Public Defender, and KATE BERRY, Assistant Federal Public Defender, counsel for HASEEB MALIK, to extend the time in which the Defendant's Reply to Government's Response in Opposition of Motions to Suppress [ECF No. 45] from April 3, 2019, to April 17, 2019. This is the first request for an extension for time to file reply. The Motion hearing is scheduled for April 25, 2019.

　　　Counsel for Mr. Malik is scheduled to be in a jury trial on another case before Judge McKibben on April 10, 2019 – April 12, 2019. Defense counsel also has three sentencing

hearings scheduled the week of April 8, 2019. Defense counsel is respectfully requesting additional time to reply to the response to the government's motion. The additional time is requested mindful of the Motion Hearing date of April 25, 2019, the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED this 1st day of April, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By: _/s/ KATE BERRY_____<br>KATE BERRY<br>Assistant Federal Public Defender<br>Counsel for HASEEB MALIK | By: _/s/ MEGAN RACHOW_____<br>MEGAN RACHOW<br>Assistant United States Attorney<br>Counsel for the Government |

**<u>ORDER</u>**

Based upon the foregoing stipulation between the parties, IT IS HEREBY ORDERED that Defendant Malik shall file a Reply to Plaintiff's Response in Opposition [ECF No. 45] to Defendant's Motion to Suppress [ECF No. 41] by Wednesday, April 17, 2019.

IT IS SO ORDERED.

DATED this <u>1st</u> day of April, 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE